## Commonwealth *v.* Litz, Appellant.

Submitted March 13, 1967. *William Earl Litz,* appellant, in propria persona; *Herbert S. Cohen,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lloyd, Appellant.

Argued March 21, 1967. *Melvin Dildine,* Assistant Defender, with him *Robert Ginsburg,* Assistant Defender, *Martin Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Welsh S. White,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.